United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOEL,

        Plaintiff,

    v.

SANAS AI INC.,

        Defendant.

Case No.  23-cv-05806-PCP

**RELATED CASE ORDER**

Re: Dkt. No. 37

Pursuant to Civil L.R. 3-12, Magistrate Judge Cousins issued a sua sponte judicial referral for purpose of determining whether Google LLC v. Goel, 24-cv-02160-NC is related to this action. Dkt No. 37. Google LLC filed a statement of support. Dkt. No. 38. The Court has reviewed the referral and statement in support and has determined that these cases do not satisfy the requirements of Local Rule 3-12. Accordingly, no reassignment shall occur.

    **IT IS SO ORDERED.**

Dated: May 2, 2024

_____

P. Casey Pitts
United States District Judge